```
 1  KEVIN V. RYAN, SBN 118321                              **E-filed 6/20/06**
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
 6  Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATILLA DEAK, | )<br>) |
| Plaintiff, | ) CIVIL NO.   05-05212 JF<br>) |
| v. | ) STIPULATION AND ORDER OF REMAND<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.

Plaintiff has been found disabled as of December 13, 2003 on subsequent applications filed on February 20, 2004. The favorable decision in the subsequent claim is based on meeting a listing beginning the day after the first Administrative Law Judge (ALJ) decision. The evidence of record is not consistent with the different outcomes.

///

///

///

///

Upon receipt of the Stipulation for Remand, the Appeals Council will remand the case to an ALJ for a de novo hearing.

Dated: June 16, 2006

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: June 19, 2006           By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated:   6/20/06

_____
JEREMY FOGEL
United States District Judge

DEAK, REMD, S4 (nl)
C 05-05212 JF

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATILLA DEAK, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.  05-05212 JF |
| ) | |
| v. ) | [PROPOSED] |
| ) | JUDGMENT |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein.  This constitutes a final judgment under Fed.R.Civ.Proc. 58.


Dated: _____                        _____
                                                JEREMY FOGEL
                                                United States District Judge